FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KAHALA FRANCHISING, LLC,

Plaintiff,

vs.

GOLDEN ENTERPRISES, INC., a Washington corporation; DBH ASSOCIATES, LP, a Washington limited partnership; DESERET SALES, INC., a Nevada corporation; RANDY HERZOG, individually; LAURIE HERZOG, individually; AMY WILSON, individually; ROB WILSON, individually; CLARE HUNTER, individually; and DEBORAH HUNTER, individually,

Defendants.

No: 1:25-cv-03190-RLP

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is a stipulated dismissal submitted by the parties pursuant to Federal Rule of Civil Procedure 41 and Local Civil Rule 41. ECF No. 39. The parties agree to dismiss all claims in this action with prejudice and without

an award of attorney fees and costs to either party. *Id.* The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 39**, is **GRANTED**.

2. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees or costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

DATED October 5, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE