FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 05, 2026
SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KAHALA FRANCHISING, LLC,
*Plaintiff*
v.
GOLDEN ENTERPRISES, INC. et al,
*Defendant*

Civil Action No. 1:25-cv-03190-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to the Order at ECF No. 40, Plaintiff's Stipulated Motion at ECF No. 39, is GRANTED. This case is Dismissed with Prejudice pursuant to Rule 41(a).

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 10/5/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*